# COURT MINUTES

## Magistrate Judge Ellen D'Angelo

King Building Courtroom 10-6 Date: 10/22/2026 Time: 2:00 PM

Defendant: Byron Sherrod Rainer J#: 56628-019 Case #: 22-CR-20104-BECERRA (s)(s)(s)(s)(s)(s)

AUSA: Michael Sartoian Attorney:

Violation: CONSPIRACY TO PROVIDE MATERIAL SUPPORT OR RESOURCES TO CARRY OUT A VIOLATION OF SECTION 956 RESULTING IN DEATH Surr/Arrest Date: 10/22/2026 YOB: 1971

Proceeding: Initial Appearance CJA Appt: Arturo Hernandez

Bond/PTD Held: ☐ Yes ☐ No Recommended Bond:

Bond Set at: $ Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ______x's a week/month by phone: ______x's a week/month in person
- ☐ Random urine testing by Pretrial Services ______ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ______ pm to ______ am, paid by ______
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition:
*6th Superseding PARTIALLY REDACTED INDICTMENT D.E. #1900*
Defendant advised of rights and charges.
Defendant's ore tenus motion to appoint counsel is granted.
Defendant sworn
CJA appointed.
Govt seeks PTD
Defendants ore tenus motion for PTD hearing is granted.
Court sets Report re: counsel as CJA may have possible conflict but will advise at report re: counsel hearing.

Time from today to ______ excluded from Speedy Trial Clock

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| (Report RE Counsel) | 10/28/26 | @ 1:30pm | Duty Magistrate Judge | Miami |
| (PTD/Bond Hearing) | 10/28/26 | @ 1:30pm | Duty Magistrate Judge | Miami |
| Prelim/(Arraign) or Removal: | 10/28/26 | @ 1:30pm | Duty Magistrate Judge | Miami |
| Status Conference RE: | | | | |

D.A.R. 14:31:51 || 15:24:31 – 15:33:17 Time in Court: 9 minutes

s/Ellen D'Angelo Magistrate Judge