# COURT MINUTES

## Magistrate Judge Edwin Torres

**Kiing Building Courtroom 11-2** Date: 10/28/2026 Time: 1:30 PM

Defendant: Byron Sherrod Rainer J#: 56628-019 Case #: 22-CR-20104 -BECERRA

AUSA: Michael Sartoian Attorney: Arturo V. Hernandez (CJA)

Violation: CONSP TO PROVIDE MATERIAL SUPPORT OR RESOURCES TO CARRY OUT A VIOALTION OF SECTION 956 RESULTING IN DEATH Surr/Arrest Date: YOB:

Proceeding: ARR/DETENTION HEARING CJA Appt:

Bond/PTD Held: ◯ Yes ◯ No Recommended Bond:

Bond Set at: STIP-Pretrial Detention w/ right to revisit. Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ______ x's a week/month by phone: ______ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ______ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ______ pm to ______ am, paid by ______
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition:
NO HEARING HELD.
Government Ore Tenus Request to Pretrial Detention-GRANTED pursuant to Stipulated Detention with the right to revisit.
Defendant Arraigned.
*Reading of Indictment Waived.*
*Not Guilty plea entered Jury Trial demanded.*
*Standing Discovery Order requested.*
Defendant's Ore Tenus request for Entry of Standing Discovery Order-GRANTED.
Defendant Detained.
**BRADY ORDER GIVEN**

**NEXT COURT APPEARANCE** Date: Time: Judge: Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R. 14:02:40 Time in Court: 2 Mins

s/ Edwin Torres Magistrate Judge