**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 22-cr-20104-JB**

**United States of America**,

v.

**Byron Sherrod Rainer,**
**Joseph Felix Badio,**
**Carlos Giovanni Guerrero Torres,**
**Victor Albeiro Pineda Cardona,**
**Juan Carlos Yepes Clavijo,**
**Naiser Franco Castaneda,**
**Angel Mario Yarce Sierra,**
**Jheyner Alberto Carmona Flores,**
**Edwin Enrique Blanquicet Rodriguez,**
**Manuel Antonio Grosso Guarin,**
**Jhon Jairo Ramirez Gomez,**
**Francisco Eladio Uribe Ochoa,**
**Alejandro Giraldo Zapata,**
**Neil Caceres Duran,**
**Jhon Jader Andela,**
**Enalber Vargas Gomez,**
**John Jairo Suarez Alegria,**
**Gersain Mendivelso Jaimes,**
**Alex Miyer Pena,**
**Samir Handal,**
**Jameela Ammara Simmons,**
**Marcel Williamson, and**
**Travis Barrett Nave**,

Defendants.
________________________________/

**ORDER SETTING CRIMINAL TRIAL DATE,**
**AND CERTAIN PRETRIAL AND TRIAL INSTRUCTIONS**

The Court hereby sets this case for a **Criminal Jury Trial** beginning on **December 14, 2026**. It is further **ORDERED** that:

1. **STATUS AND CALENDAR CALL:** A Status and Calendar Call will be held at **08:30 a.m. on December 1, 2026, at the Wilke D. Ferguson, Jr. Courthouse, 400 N. Miami Avenue, Courtroom 11-4, Miami, Florida 33128.**

   Counsel should be on notice that **THIS STATUS AND CALENDAR CALL**

**WILL NOT BE CANCELLED OR CONTINUED.** If the parties file a timely, unopposed or joint continuance of the first trial date, counsel must still appear, but the parties are relieved from their obligations to file trial briefs, jury instructions, *voir dire* questions, and exhibit or witness lists. Counsel shall be prepared to address discovery, expected motions, expected trial length, and the trial date. The Court will issue a separate order before this Status and Calendar call with additional instructions.

Defendants **WILL BE** present at this Status and Calendar Call.

2. **WRITS:** All requests for writs *ad testificandum* must be filed no later than **fourteen days before the first day of the trial period**.

3. **DISCOVERY:** All responses to the Standing Discovery Order or Local Rule 88.10 **SHALL BE PROVIDED IN A TIMELY FASHION** in accordance with the dates scheduled by the Magistrate Judge. Noncompliance with the Standing Discovery Order, the Local Rules, or the Federal Rules of Criminal Procedure may result in sanctions, including the exclusion of evidence.

4. **404(b) EVIDENCE:** Any notice submitted under Federal Rule of Evidence 404(b) shall include a specific factual basis for the evidence the Government wants to introduce.

5. **CONFERRAL WITH OPPOSING COUNSEL:** All motions shall be accompanied by a written statement certifying that counsel for the moving party has conferred with opposing counsel in a good-faith effort to resolve by agreement the subject matter of the motion. Email communications are not sufficient to constitute conferral. Counsel must speak to one another, either in person or over the phone, in a good-faith effort to resolve their disputes.

6. **VOIR DIRE:** Each party must file its proposed *voir dire* questions no later than **the Friday before the Calendar Call**. Although the Court conducts the *voir dire,* the Court will consider the parties' proposed *voir dire* questions.

7. **JURY INSTRUCTIONS:** No later than **the Friday before the Calendar Call**, the parties shall submit, in Word format, via e-mail to becerra@flsd.uscourts.gov, a single set of proposed jury instructions, including substantive charges and defenses, and a verdict form. The parties shall submit their proposed jury instructions and verdict form *jointly*. When the parties do not agree on a proposed instruction, that instruction shall be set forth in bold type. Instructions proposed only by the Government shall also be underlined. Instructions proposed solely by the defense shall also be italicized. In preparing their requested jury instructions, the parties shall use

the Pattern Jury Instructions for Criminal Cases approved by the Eleventh Circuit, including the instructions to counsel.

8. **DAILY COPY OF TRIAL TRANSCRIPTS:** Any requests for daily copy trial transcripts must be made no later than seven days before the Calendar Call. Those requests must be made by email to Vernita Allen-Williams at vernita_allen-williams@flsd.uscourts.gov.

9. **TRANSCRIPTS:** If any party seeks to introduce transcript(s) at the trial, that party shall exchange those transcript(s) with all counsel no later than **fourteen days before the Calendar Call**. If a transcript cannot be agreed upon, each party shall be prepared to produce its own version for the trier of fact.

10. **INTERPRETERS:** **Upon receipt of this Order**, counsel for each Defendant shall e-mail the Court's Courtroom Deputy to advise whether that Defendant requires the aid of an interpreter. All parties must notify the Court, at least **five days before any hearings or trial**, if an interpreter is required.

11. **IN CUSTODY DEFENDANTS:** At least **seven days before the scheduled trial date**, defense counsel must arrange with the Bureau of Prisons to have appropriate clothing for their in-custody clients.

12. **SPEEDY TRIAL REPORTS:** The parties shall comply with Local Rule 88.5, which requires the filing of speedy trial reports **every twenty days hereafter until the time of trial or plea**.

13. **PROPOSED ORDERS:** Local Rule 7.1(a)(2) requires that certain motions be accompanied by proposed orders, which must be filed as attachments to those motions. Furthermore, pursuant to CM/ECF administrative procedures, proposed orders shall be submitted via e-mail, in Word format, to becerra@flsd.uscourts.gov.

**DONE AND ORDERED** in Miami, Florida on this 2nd day November, 2026.

**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**