**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 22-cr-20104-JB**

**UNITED STATES OF AMERICA,**

v.

**BYRON SHERROD RAINER,**
**JOSEPH FELIX BADIO,**
**CARLOS GIOVANNI GUERRERO TORRES,**
**VICTOR ALBEIRO PINEDA CARDONA,**
**JUAN CARLOS YEPES CLAVIJO,**
**NAISER FRANCO CASTANEDA,**
**ANGEL MARIO YARCE SIERRA,**
**JHEYNER ALBERTO CARMONA FLORES,**
**EDWIN ENRIQUE BLANQUICET RODRIGUEZ,**
**MANUEL ANTONIO GROSSO GUARIN,**
**JHON JAIRO RAMIREZ GOMEZ,**
**FRANCISCO ELADIO URIBE OCHOA,**
**ALEJANDRO GIRALDO ZAPATA,**
**NEIL CACERES DURAN,**
**JHON JADER ANDELA,**
**ENALBER VARGAS GOMEZ,**
**JOHN JAIRO SUAREZ ALEGRIA,**
**GERSAIN MENDIVELSO JAIMES,**
**ALEX MIYER PENA,**
**SAMIR HANDAL,**
**PHENIL GORDON DESIR,**
**JAMEELA AMMARA SIMMONS,**
**MARCEL WILLIAMSON, and**
**TRAVIS BARRETT NAVE,**

**Defendants.**
________________________________/

**ORDER REGARDING INSTRUCTIONS FOR THE DECEMBER 1, 2026 STATUS AND CALENDAR CALL**

As per the Court's Order of November 2, 2026, ECF [2215], the Court has set a Status and Calendar Call ("Hearing") for December 1, 2026 at 8:30 a.m. To facilitate an orderly and productive hearing, the Government and all Defense Counsel should be prepared to address (among others) the following issues.

The Government should be prepared to address:

1. The status of its discovery production and when ***all*** discovery will be provided to Defendants.
2. The status of any Defendant that has not made an initial appearance.
3. Expected date for initial plea offers (if any) to be extended.
4. Given that all Defendants are unlikely to be tried together, what sequence the Government proposes with respect to trial, and the expected length of trial(s).
5. Date(s) by which the Government will be ready for trial.

Each Defense Counsel should be prepared to address:

1. Whether it has received the discovery, whether it is able to review the discovery, and by what date it expects its review of the discovery will be concluded.

2. Date by which they will be ready for trial, whether his or her client will be waiving his speedy trial rights, and whether any written speedy trial waivers will be forthcoming. (The Court will conduct oral examinations as to speedy trial waivers at the Hearing as necessary).

3. For CJA counsel, date by which it will be prepared to submit a budget to the Court for its attorneys' fees and costs.

The Court refers the parties to the Court's previous Scheduling Orders in this case, ECF Nos. [651], [714], [787], for guidance. The Court expects to enter a similar order for the remaining trial(s) after the December 1, 2026 Hearing.

If there are any other issues a party would like to address at the Hearing, a short notice listing those issues **MUST** be filed no later than **Tuesday, November 24, 2026.** Notice(s) filed after the deadline will be stricken from the record. The notices do not have to be joint; each party may file its own notice.

As of the date of this Order, the Court does not expect this Hearing to last more than a few hours. However, the Court has cleared her entire calendar on December 1, 2026 for this Hearing. As such, all counsel shall be prepared to be available for as long as the Court needs to address all the issues that can be addressed at this stage. The parties should be mindful that the resources necessary to conduct this Hearing, on the part of the U.S. Marshals Service and the Court, are significant, and as such, the

Court expects that everyone will be prepared to identify (by filing a timely notice) and address issues with as much diligence and preparation as possible.

For any Defendant in custody, Defense counsel will be given approximately 20 minutes before and after the Hearing to confer with his or her client.

**DONE AND ORDERED** in Miami, Florida on November 4, 2026.

**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**