**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-CR-20104-BECERRA**

**UNITED STATES OF AMERICA**

**v.**

**CARLOS GIOVANNI GUERRERO TORRES et al.,**

**Defendant.**
____________________________________/

**UNITED STATES' NOTICE OF COMPLIANCE**
**WITH NOVEMBER 4, 2026 ORDER**

Pursuant to the Court's November 4, 2026, *ore tenus* order, the Government provides the following, updated information about the housing status of the defendants or former co-defendants in this matter and related cases.

Upon conferral and coordination with the U.S. Marshals Services and U.S. Bureau of Prisons, that the Government can confirm all of the pending, currently charged defendants have moved out of the SHU at FDC-Miami. In order to maintain inmate safety and preserve the integrity of proceedings, these defendants have now been separated into smaller sub-groups within the general population.

Respectfully submitted,

YARA LORENZO KLUKAS
Acting United States Attorney

By: */s Sean T. McLaughlin*
Sean T. McLaughlin
Assistant United States Attorney
Court ID No. A5501121
11200 NW 20th Street, Suite 101
Miami, FL 33172
(305) 715-7642/7654
Sean.McLaughlin@usdoj.gov

*/s Jason Wu*
Jason Wu
Assistant United States Attorney
Court ID No. A5502299
99 N.E. 4th Street
Miami, FL 33132
(305) 961-9226
Jason.Wu@usdoj.gov

*/s Altanese Phenelus*
Altanese Phenelus
Assistant United States Attorney
FL Bar No. 112693
99 N.E. 4th Street
Miami, FL 33132
(305) 961-9375
altanese.phenelus@usdoj.gov

**Certificate of Service**

I hereby certify that on November 16, 2026, I filed the foregoing document under seal with the Clerk of Court and served all counsel of record with a copy of the response and exhibits via electronic mail.

*/s Sean T. McLaughlin*
Sean T. McLaughlin
Assistant United States Attorney