**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 22-cr-20104-JB**

**UNITED STATES OF AMERICA,**

v.

**BYRON SHERROD RAINER,**
**JOSEPH FELIX BADIO,**
**CARLOS GIOVANNI GUERRERO TORRES,**
**VICTOR ALBEIRO PINEDA CARDONA,**
**JUAN CARLOS YEPES CLAVIJO,**
**NAISER FRANCO CASTANEDA,**
**ANGEL MARIO YARCE SIERRA,**
**JHEYNER ALBERTO CARMONA FLORES,**
**EDWIN ENRIQUE BLANQUICET RODRIGUEZ,**
**MANUEL ANTONIO GROSSO GUARIN,**
**JHON JAIRO RAMIREZ GOMEZ,**
**FRANCISCO ELADIO URIBE OCHOA,**
**ALEJANDRO GIRALDO ZAPATA,**
**NEIL CACERES DURAN,**
**JHON JADER ANDELA,**
**ENALBER VARGAS GOMEZ,**
**JOHN JAIRO SUAREZ ALEGRIA,**
**GERSAIN MENDIVELSO JAIMES,**
**ALEX MIYER PENA,**
**SAMIR HANDAL,**
**PHENIL GORDON DESIR,**
**JAMEELA AMMARA SIMMONS,**
**MARCEL WILLIAMSON, and**
**TRAVIS BARRETT NAVE,**

**Defendants.**
_______________________________/

**STANDING ORDER REGARDING THE FILING OF CJA MATTERS**

**THIS CAUSE** comes before the Court upon *sua sponte* review of the record. Given the number of Defendants in this matter that have CJA counsel appointed, the Court issues these instructions to aide counsel and the Court in the administration of CJA approvals and payments. Any filing that does not comport with these instructions will be stricken.

1. Counsel do not need to seek permission to file under seal. The Court hereby **GRANTS** all CJA-appointed defense counsel permission to file CJA matters *ex parte* and under seal.

2. Any CJA filing seeking authorization for appointment of co-counsel or to hire third parties (paralegals, experts, investigators, etc.) must be styled as follows: [NAME OF DEFENDANT]'S EXPARTE AND SEALED MOTION SEEKING AUTHORIZATION FOR APPOINTMENT OF [NAME OF THIRD PARTY OR TYPE OF PARTY].

3. If a CJA voucher has been submitted and payment has not been received in thirty days, counsel shall file a motion with the Court with the following language in the title: [NAME OF DEFENDANT]'S EXPARTE AND SEALED MOTION SEEKING PAYMENT FOR CJA VOUCHER NO. [VOUCHER NUMBER]. No other information is necessary in the Motion other than a simple statement that includes the date the voucher was submitted, the amount sought, and the voucher number.

4. By no later than **December 15, 2026**, each counsel shall propose an interim budget for the period from date of appointment through March 31, 2027. The interim budget shall be filed with the following title: [NAME OF DEFENDANT]'S EXPARTE AND SEALED INTERIM BUDGET FROM APPOINTMENT TO MARCH 31, 2027.

5. Any motions regarding CJA matters shall have the name of Defendant, in addition to EXPARTE and SEALED in the title of the motion.

6. At the conclusion of the December 2, 2026, Status Conference and Calendar Call, the Court will convene a sealed, *ex parte* hearing with all CJA counsel to address any CJA matters that are pending at that time, and to address any issues or concerns that counsel may have with CJA authorization or

appointments. Counsel are encouraged to submit a notice at least one day before the hearing listing any issues that it seeks to address with the Court.

**DONE AND ORDERED** in Miami, Florida on November 17, 2026.

**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**