**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-20104-CR-BECERRA(s)(s)(s)(s)(s)(s)**

**UNITED STATES OF AMERICA**

**vs.**

**BYRON SHERROD RAINER,**
**JAMEELA AMMARA SIMMONS,**
**MARCEL WILLIAMSON, and**
**TRAVIS BARRETT NAVE**

**Defendants.**

---

## PROTECTIVE ORDER AUTHORIZING DISCLOSURE OF 26 U.S.C. § 6103 TAX INFORMATION

The United States of America, having applied to this Court for a protective order authorizing the Government to disclose to tax information that is ordinarily not subject to disclosure, and the Court finding good cause therefore, the Government's motion for a tax-related protective order is granted, and it is HEREBY:

**ORDERED** that the Government is authorized to disclose to Defendants Rainer, Simmons, Williamson, and Nave, and their counsel, the "tax return," "return information," and "taxpayer return information," as those terms are defined in 26 U.S.C. §§ 6103(b)(1), (2), and (3), that the Government has acquired in the course of its investigation of this matter; and it is

**FURTHER ORDERED** that any such tax information disclosed to Defendants Rainer, Simmons, Williamson, and Nave, and their counsel pursuant to

this Order is and remains subject to the protective order concerning discovery that the Court previously issued (DE 2131).

**DONE AND ORDERED** in chambers at Miami, Florida, this 19th day of November 2026.

JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record