**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-CR-20104-BECERRA(s)(s)(s)(s)(s)(s)**

**UNITED STATES OF AMERICA**

**v.**

**BYRON SHERROD RAINER et al.,**

**Defendants.**
_________________________________/

**PROPOSED ORDER GRANTING**
**MOTION TO CONTINUE TRIAL ON SIXTH SUPERSEDING INDICTMENT**

This matter comes before the Court on the Government's motion to continue trial on the Sixth Superseding Indictment as to all defendants (DE 2337). Upon consideration of the Motion, the relevant authorities, and the arguments of the Parties, and being fully advised in the premises, the Court **GRANTS** the motion.

Specifically, for the reasons stated in the Motion, which are incorporated herein, the interests of justice served by a continuance outweigh any interest of the public or the Defendants in a speedy trial, especially in light of the ongoing discovery in this matter. The Court finds that this matter is complex, *see* 18 U.S.C. § 3161(h)(7)(B)(ii), because of the large number of defendants, 24 of whom have appeared and been assigned counsel; and the nature of the prosecution, which involves allegations of those defendants' participation in several months-long conspiracies including a conspiracy to kill or kidnap the President of Haiti. The continuance sought is necessary to ensure that Defendants receive a fair trial. In addition, the time from the Defendants' initial appearances until now has been excluded because other charged co-defendants remain fugitives and have not yet appeared. *See* 18 U.S.C. § 3161(h)(3) & (h)(6)(A). As a result, the period of delay resulting from this continuance is excludable under the Speedy Trial Act.

The Court hereby sets this case for a Criminal Jury Trial at the Wilkie D. Ferguson, Jr. Courthouse, 400 N. Miami Avenue, Courtroom 11-4, Miami, Florida 33128, on Monday, January 10, 2028.

**DONE AND ORDERED** in chambers at Miami, Florida, this ____ day of November 2026.

______________________________
HONORABLE JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA